DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BEVERLY PALMER,**
Appellant,

v.

**UNITED PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D21-1059

[May 12, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Richard Lopane, Judge; L.T. Case No. 010969.

Charles H. Bechert of Bechert & Associates, PA, Pompano Beach, for appellant.

Michele A. Lo Presti, Christopher R. Cooper, and Marcus G. Mahfood of Chartwell Law, Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***